




RECEIVED
5/30/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
5/30/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KRA

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

JAMES HOWARD SMITH

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TARRY WILLIAMS - Warden

DR. LARRY SY - Medical Director

WEXFORD HEALTHSOURCE INC.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 3:23-CV-50074
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

__XX__       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: _____ James Howard Smith _____

B.    List all aliases: _____ None _____

C.    Prisoner identification number: _____ R43014 _____

D.    Place of present confinement: _____ Dixon Correctional Center _____

E.    Address: _____ 2600 N. Brinton Ave. Dixon, IL 61021-9524 _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _____ Tarry Williams _____

      Title: _____ Warden - Dixon Correctional Center _____

      Place of Employment: _____ 2600 N. Brinton Ave. Dixon, IL 61021-9524 _____

B.    Defendant: _____ Dr. Larry Sy _____

      Title: _____ Medical Director - Dixon Corr. Ctr. _____

      Place of Employment: _____ 2600 N. Brinton Ave. Dixon, IL 61021-9524 _____

C.    Defendant: _____ Wexford Healthsource Inc. _____

      Title: _____ Medical care and staff provider _____

      Place of Employment: _____ 501 Holiday Dr. Foster Plaze, Pittsburgh, PA 15220 _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

Additional Lawsuits

A. Name of Case and Docket Number: Smith v. IDOC, Guy Pierce, Marvin Reed,
Simpson, Sylvia Mahone, Dr. Schaffer
10-CV-01224

B. Approximate Date of Filing:    9/16/2010

C. List All Plaintiff(s):      James Howard Smith, James H. Smith

D. List All Defendants: Illinois Dept. of Corr., Guy Pierce, Marvin Reed, Sim-
pson, Sylvia Mahone, Dr. Schaffer

E. Court in Which Filed:        7th Circuit, Central District of Illinois

F. Name of Judge to whom case Assigned: Do not Remember

G. Basic Claim Made:  Violation of 8th Amendment Rights; Deliberate indiffer-
ence to serious medical need, Fractured hip.
Left untreated for hours.

H. Disposition of this case: Initially dismissed, resumed in case 2011-L-000138,
finalized in settlement with all parties.

I: Approximate date of disposition: Do Not remember.   Many of my personal
documents were thrown out by staff when I
transferred to Dixon.


** I am also a member of a class action against the IDOC, however, I do not have
any information at this time about the case**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Smith v. Pierce, Pontiac CC_
_2011-L-000138_

B.    Approximate date of filing lawsuit: _4/25/2011_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_James Howard Smith_      _James H. Smith_

D.    List all defendants: _Guy D. Pierce; Marvin Reed_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _7th Circuit, Central District of Illinois_

F.    Name of judge to whom case was assigned: _Do not remember_

G.    Basic claim made: _Violation of 8th Amendment Rights; Deliberate indifference to serious medical need, Fractured Hip_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Initial Dismissal; combined later with 10-CV-01224 Settlement Agreement - Finished_

I.    Approximate date of disposition: _Do not remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. This is a civil action authorized by 42 USC §1983 to redress the deprivation under color of state law of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC §1331 and 1343(a)(3).  Plaintiff seeks declatory relief pursuant to 28 USC §2201, and 2022. Plaintiff's claims for injunctive relief are authorized by 28 USC §2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The United States District Court, Northern District of Illinois, Western Division, is an appropriate venue under 28 USC §1391(b)(2) because it is where the events giving rise to this calim occured.

3. Plaintiff, James Howard Smith, is and was at all times mentioned herein a prisoner of the State of Illinois, in the custody of the Illinois Department of Corrections. He is currently confined in Dixon Correctional Center, Dixon, Illinois.

4. Defendant Tarry Wiiliams is the Warden of Dixon Correctional Center (DCC), He is legally responsible for the operation of DCC and for the welfare of all the inmates in that prison.

5. Defendant Dr. Larry Sy is the medical director and primary care physician at DCC and is employed by Wexford Health Source Inc., under contract

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

to provide medical care to the Plaintiff and inmates at DCC.

6. Defendant Wexford Health Source Inc. is a For-Profit medical care service provider who is under contract with the IDOC and the State of Illinois to provide medical professionals and medical treatment/services to the Plaintiff and the inmates of DCC.

7. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each defendant acted under color of law.

8. In June of 2020 Plaintiff had the last four(4) teeth of his upper palate removed by the DCC dentist. At that time he requested an upper denture. Plaintiff was told he would be notified when to come back in.

9. In January of 2021 the Plaintiff again inquired about the denture by submitting a written inmate request to the DCC Healthcare. On January 27, 2021, Plaintiff received a response to this request which indicated "You are on the list - it will be a wait for your name to be called - Due to COVID" (See Exhibit A)

10. In January of 2022 Plaintiff again inquired about the denture by submitting a written inmate request to the DCC Healthcare. On February 9, 2022, he received a memo in response to this request which indicated "Currently the wait time for denture partials is 20 months. So it will still be a while until we get to your name. Let us know if you'd like a soft diet while you wait." (See Exhibit B)

11. On February 16, 2022, Plaintiff filed a Grievance(#220944) complaining

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) To be cared for and seen by a dentist along with being provided needed denture.

2) An injunction requiring Dixon CC and Wexford healthsource inc, to provide dental care in compliance of State Law, Common Law, Department Regulations, and Contract.

Compensatory and Punitive Damages; Any other remedy the court feels appropriate.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12th___ day of ___April___, 2023

_____

(Signature of plaintiff or plaintiffs)

James Smith

(Print name)

R43014

(I.D. Number)
Dixon Correctional Center

2600 N. Brinton Ave.

Dixon, IL 61021-9524

(Address)

Revised 9/2007

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

11.  of not having been fitted for an upper denture. This grievance was not

(Cont)  returned to me, nor did I receive confirmation of receipt from the 1st

level unit counselor, Scully. So the next time I was able to speak with

Mr. Scully I asked him about the grievance. He responded to me on an

unsigned "Offender Request" form, that the grievance had been received

in their office on 3/1/2022, reviewed/responded to on 3/8/2022, and then

on 3/16/2022, was submitted to the DCC Grievance office for review at

the 2nd level. I had not received the Grievance back until the Grievance

officer, responded to my letter of August 17, 2022 to the Warden. Then

I received on August 23, 2022, I received the Grievance Officer's report

which indicated the grievance had been reviewed by the DCC ADA commit-

tee, and deemed not an ADA Disability Accomodation issue. The response

further indicated there had been a response from the Health Care Unit

Administrator, who is Ms. Carpenter although the response did not name

her, and that the issue had been addressed and will not receive further

review. The Defendant Williams signed off on this grievance officer's

report and marked "I concur" on 8/22/2022. Plaintiff appealed this de-

nial to the Administrative Review Board / Director along with a letter

requesting them to order Wexford / DCC to give appropriate remedy to

my dental needs. This appeal was denied on 12/20/2022 claiming this

issue is being addressed per the facility.

This exhausts my administrative remedies for this issue in compli-

ance with the Prison Litigation Reform Act. (See Exhibit C)

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

12. Because of the loss of my upper teeth and having no denture, I am unable
    to eat properly. I experience pain and bleeding gum when trying to chew
    food.

13. On several occasions I have spoke personally with the Defendant Williams.
    When I have had the opportunity I have asked when are you going to get
    a dentist in here? I have told him about the pain I suffer because of
    not having a denture. The Defendant Williams has told me "I know we're
    working on that." and "I'll look into that."

    On one occasion the Defendant Williams was walking with a group of
    people, which included an African-American female, who I was told was
    from the IDOC Office of Health Services. This was around the beginning
    of December 2022. I spoke to this woman and the Defendant asking about
    getting fitted for dentures. I was told by this woman in front of the
    Defendant Williams that they were going to take care of this, and they
    were aware of the problem. I asked about being sent out and she said
    "Don't worry, I will look into this." Unfortunately I did not get her
    name.

14. I have spoken with a Carl Moss, IDOC# B18364, who also resides in the
    hospital unit where I live. He has provided me with an Affidavit of his
    own experience with trying to get a dental appliance. Moss has seen me
    talking with the Defendant Williams while defendant was making rounds in
    3rd Floor Health Care Unit.   (See Exhibit D)

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

15. I have spoken with a Hector Hernandez, IDOC# K63320, who provided me
    with an Affidavit and copies of his grievance about not having been
    given dentures. Hernandez indicates he has spoke with the Defendant
    Williams while on the DCC yard about his need for dentures and then sent
    a follow up "kite" to Defendant asking to be sent out to an outside den-
    tist. Hernandez also indicates in his Affidavit that he has spoken with
    Defendant Dr. Sy about the pain and bleeding and swollen gums he exper-
    iences while trying to eat. He also states that he spoke with the same
    African-American woman from Springfield the same day I did in December.
    He learned that her mother used to be a dentist at Stateville before re-
    tiring. Hernandez states he has also asked Dr. Sy about being sent out
    to a local dentist to get dentures, with no valid response from him.(Ex. E)

16. Since Defendant Dr. Sy has taken over as the Primary Care Physician and
    Medical Director of DCC, Plaintiff has seen him on several occasions
    for appointments. While at these appointments for other issues, I have
    asked Sy when are you going to get a dentist here? Or if I can be sent
    out to a local dentist to get dentures. Dr. Sy will just nod his head or
    smile or laugh, but doesn't really respond to me.

17. Upon information and belief Defendant Warden Williams is aware of Plain-
    tiff's serious medical condition and is personally liable under §1983
    as he knows about the continuing deprivation of dental care for the
    Plaintiff and approves it, condones it, or has turned a blind eye to it.

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

18. Upon information and belief Defendant Dr. Sy has a duty to provide pro-
per Health Care to the Plaintiff and the inmates of DCC and as Medical
Director of DCC to supervise and coordinate off-site referrals for the
medical needs of all inmates at DCC. Dr Sy has chosen an easier and
less effective path of treatment ignoring the needs of the Plaintiff to
have dentures without professional judgement and in this case is del-
iberately indifferent to Plaintiff. By not providing a medical referral
Defendant Sy is deliberately indifferent to the serious medical needs of
Plaintiff and the inmates of DCC.

19. Upon information and belief the Defendant Warden Williams has been pre-
viously admonished by a court as to his liability in not providing for
the medical needs of the inmate population placed in his custody by the
IDOC.

20. Upon information and belief Wexford Health Sources Inc. has through pol-
icy or custom, whether written or not, of failing to provide the ap-
propriate medical staff, failing to provide the appropriate medical
treatment, and denying outside medical referrals to medical profession-
als who could render the needed treatment to the Plaintiff and the in-
mates of DCC, in violation of it's contract with the IDOC and contrary
to state law.

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

21.  Upon information and belief Wexford Health Sources Inc. has a financial
     incentive to not provide the Plaintiff and Inmates of DCC with the pro-
     per and appropriate medical treatment and needed prosthetics to enjoy
     everyday life and to consume food without pain and injury. The finan-
     cial incentive to keep inmates from visiting outside medical providers
     pervasively affects the care received. The Defendant Wexford Health
     Sources Inc., is well aware of the risk created by the custom or prac-
     tice of failing to take appropriate steps to protect the Plaintiff as
     DCC's wholly inadequate dental care program has remained unchanged for
     years without relief. This custom or practice which is promulgated by
     Defendant is an attempt to save money at the expense of the Plaintiff
     and inmates of DCC.

22.  Upon information and belief there are three(3) full time dentists pro-
     viding dental care to the inmates of Stateville Correctional Center,
     which has a population of approximately 500 inmates. By comparison, DCC
     has a population of approximately 1,500 inmates and only recently is
     there a dentist available,part-time (two days per week), who is only
     handling emergency based dental issues; no denture services.

23.  The IDOC in accordance with requirements of Illinois state law created
     Administrative Directive 04.03.102, Titled Dental Care for Offenders,
     which went into effect 1/1/2020. This mentioned AD states in part,
     "Policy" The Department shall have each offender examined by a dentist
     upon admission ... and shall provide each offender with clinically indi-
     cated treatment throughout the term of his or her incarceration.

Smith v. Williams et al, 23-CV-50074

Statement of Claim Continued

23.    "Procedure" F. requirements; The Chief Administrative Officer (CAO) shall
(Cont)  ensure that dental examinations of offenders are conducted in accordance
with the provisions of this directive.

    1. Direction: The dental services program shall be directed by an Illinois
licensed dentist whose responsibilities are detailed in a written ag-
reement, contract or job description.

    6. Dental Prosthetics: a. Removable dental prosthetics shall be provide on
a case-by-case basis as determined clinically necessary by the dentist.
(1) If an anterior tooth is extracted during incarceration, ...Appro-
priate dental prosthetics shall be provided.

    8. Specialized Dental Services: a. Consultation and referral capability to
recognized specialties of dentistry, such as oral surgery, shall be
available and utilized as clinically indicated and subject to utiliza-
tion review.

    c. Any dispute regarding the level of service shall be respolved between
the facility dentist and the Agency Medical Director.

    (See Exhibit F)

24.    Upon information and belief there are more than a dozen inmates waiting
for dentures like myself, and the defendants, Williams, Sy, and Wexford
are being deliberately indifferent to this issue and have chosen to do
nothing to remedy it. They have chosen to ignore State Law, IDOC Admin-
istrative Directive, and the standards for correctional healthcare.

JB Pritzker
Governor



Rob Jeffreys
Acting Director

(Exhibit A)

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: 1-27-21

TO: Smith, James     R 13014          HCU3-14

FROM:     Dental Clinic
          Health Care Unit

SUBJECT: Inmate Request

Your request was received and noted by the Dental Office. The answer to your question is checked below.

_____ To answer your request slip, we must remind/inform you that your

name has been placed on the _____ ___ _____ ____ list. You will be

called when your name comes to the top of that list. You will not be forgotten.

_____ You will be scheduled for an appointment.

*Upon receipt of this notification, additional requests are NOT to be submitted. If you have immediate issues that need addressed, please sign up for sick call.

**We do not have a hygienist here at Dixon CC, therefore we are unable to clean teeth. If you would like further instruction on oral hygiene, you may sign up for sick call.

Other............

You are on the list - It will be a wait for your
name to be called - Due to Covid.

Cc: HCU Administrator     Dental File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

S.14

JB Pritzker
Governor



Rob Jeffreys
Acting Director

(Exhibit B)

### The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# MEMORANDUM

DATE: 2·9-22

TO: Smith, James    R43014          HCU  3 -14

FROM:   Dental Clinic
        Health Care Unit

SUBJECT: Inmate Request

Your request/referral was received and noted by the Dental Office. The answer to your question is checked below.

_____ To answer your request/referral slip, we must remind/inform you that your

**name has been placed on the** _____ **list. You will be**

**called when your name comes to the top of that list. You will not be forgotten.**

_____ **You will be scheduled for an appointment.**

*Upon receipt of this notification, additional requests are NOT to be submitted. If you have immediate issues that need addressed, please sign up for sick call.

**We do not have a hygienist here at Dixon CC, therefore we are unable to clean teeth. If you would like further instruction on oral hygiene, you may sign up for sick call.

Other............

Currently the wait time for denture partials
is 20 months. So it will still be a while until
we get to your name. Let us know if you'd
like a soft diet while you wait

**Cc: HCU Administrator   Dental File**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

SMITH V. WILLIAMS, ET AL

23-CV-50074


(Exhibit C)

Grievance # 220944 and attachments       7 Pages

Assigned Grievance #/Institution:

Housing Unit HCU 3/14  Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                                                           2nd Lvl rec:

| Date: 2/16/2022 | Offender (please print): James Smith | ID #: R43014 | Race (optional): |
|---|---|---|---|

| Present Facility: Dixon Correctional Center | Facility where grievance issue occurred: Dixon CC |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

_220944_

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

In approximately June of 2020 I had requested an upper denture. I was told that I would

be notified when to come in for further care appropriate to this.

In January of 2021, I sent in a request to find out what the status of receiveing the

denture was. At that time I was told that I was on the list, and it will be a wait to be

called due to COVID.

In January of 2022 I again requested the status of my denture and on Feb 9, 2022

I received a memo back which states that the wait is 20 months for denture partial.

[x] Continued on reverse

**Relief Requested:**

COVID conditions have been decreasing and I have already waited 18 months for the

upper denture. It is unreasonable to continue to have to wait much longer. I ask that

I be seen as soon as possible to begin the process of receiving an upper denture.

I will loan the IDOC the money to pay for my dentures now, you will have to

pay me back.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is **NOT** an emergency grievance.

_(signature)_    R43014    2/16/2022
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    Date

I have already waited 18 months since this began. Are they telling me I have to wait another 18 months? This is unacceptable!

I would like to know how much longer I am going to have to my denture status in limbo.

I understand that somebody else was told that if they pay $400 they would be able to get their dentures right away. If that is what it's going to take to get my denture then I will loan the Illinois Department of Corrections the money so I can get my denture at the earliest available.

I still hold that the IDOC owes me an upper denture as is prescribed in the Lippert v. Baldwin consent decree. So I will pay for them now but you still owe me.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Smith, James ID #: R43014 Living Unit: HC3-14

Please refer to the directory located in your orientation manual and address proper personnel.

To: #220944

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Submitted 3.1.22
Reviewed / Responded 1st level 3.8.22
3.16.22 Submitted for 2nd level Review
awaiting Review at 2nd level

_____  Date _____
Offender's Signature

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): _____  Remarks by supervisor (if necessary): _____

_____      _____

_____      _____
Print Staff Name                 Print Supervisor Name

_____  Date ___   _____  Date ___
Staff Signature                 Supervisor Signature

To: Mr. Tarry Williams
    Warden, Dixon CC      August 17, 2022

From: James Smith, R43014  HCU 3/14

Re: Grievance # 220944 Request to the Chief Administrative Officer, Dixon CC
                for Review and decision

Dear Sir,

    I am writing to you to proceed with the above referenced Grievance which I submitted on February 16, 2022.

    The reason for this is that the grievance procedure has apparently failed and I am therefor requesting your intervention so that the grievance may either be resolved or appropriately appealed to the Administrative Review Board.

    In March of 2022 I received the attached Offender Request from then HCu Counselor Scully.

    In the item Scully indicates my Grievance was received and responded to on 3.8.22 at the first level. The Grievance however was not returned to me at this time and so I have no context.

    However, Scully goes on to indicate that the grievance was then submitted to the second level for review on 3.16.22, and it is awaiting further review.

    This is now 6 months since I submitted the grievance and 5 months awaiting the Grievance officer's review.

    This means that the grievance procedure has broken down and I am being denied my proper procedure for due process as required by the Prison Litigation Reform Act the Illinois Legislature and IDOC regulations and procedures.

    I request that you please investigate the delay of this grievance and notify me of your findings so this can proceed.

    I must note that without a response to this letter I will have to proceed under the belief that this is your denial of said grievance and will seek remedy with the Administrative Review Board.

                    Respectfully,

                    James Smith

H3.14

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 03/11/2022    Date of Review: 08/18/2022    Grievance # (optional): 220944

Offender: James Smith    ID#: R43014

Nature of Grievance:

Staff Conduct, ADA Disability Accommodation

Facts Reviewed:

This Grievance Officer notes the request by Smith to receive the upper dentures that he has been waiting for since 2020.

This submission was reviewed by the ADA Committee and was deemed not an ADA Disability Accommodation issue.

This Grievance Officer notes that this issue was addressed with the first level response from the Health Care Unit Administrator and will not receive further review.

Recommendation:

Based upon a total review of all available information, this Grievance Officer is satisfied that this issue has been addressed at the first level. Grievance denied.

B. Wells, CCII
Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 8/22/22    ☒ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

Larry Williams (PRB)
Chief Administrative Officer's Signature                    8/22/22
                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

X _____    R 43014    8-28-22
    Offender's Signature          ID#          Date

James Smith R43014                                    August 28, 2022
Dixon CC
2600 N. Brinton Ave.
Dixon, IL 61021-9524

Administrative Review Board
P.O. Box 19277                    Re: Appeal of Grievance# 220944
Springfield, IL 62794-9277

Dear Sirs,

I am forwarding this grievance to you for your review, as I don't
believe Dixon CC, and Wexford Healthsource  are appropriately ad-
dressing my medical/dental needs.

I began this in June of 2020 and have already had to wait 2 years.
Now I am being told I will have to wait another 2 years before it's
my turn. There are 24 persons on the list in front of me, and so I
ask is this appropriate? That's an average of 1 person per month.

I am seeking a proper remedy. Please order Wexford / Dixon to do
their jobs in a reasonable time. If their lab is unable to accomodate
the needs of the individuals they have been charged with caring for
you, not myself, am the only way 1 can be taken care of.

And to the suggestion of chosing a "soft Diet" I dare you to come
try it. It is unedible and lacking in nutrition. It is not a real
option.

Sincerely,

James Smith
James Smith

J.B. Pritzker
Governor



Rob Jeffreys
Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Smith, James                                                          12/20/22
                                                                             Date

ID#: R43014

Facility: Dixon

This is in response to your grievance received on __9/1/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __2/16/22__   Grievance Number: __220944__   Griev Loc: __Dixon__

☑ Medica __2/16/22; claims he has been requesting to receive denture but has yet to be done__

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed
_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: __Per facility response, this issue is being addressed. Individual in Custody is advised to continue to seek Medical Unit__

for further health need. Denied.

FOR THE BOARD: _____   CONCURRED: _____
                Adewale Kuforiji                                    Rob Jeffreys
                Administrative Review Board                           Director

CC: Warden __Dixon__ Correctional Center
    __Smith, James__ , ID# __R43014__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

STATE OF ILLINOIS

COUNTY OF LEE

### AFFIDAVIT OF CARL MOSS, B18364

1.    I am over the age of 18 and if called upon to do so could testify competently about the facts set forth in ths Affidavit.

2.    This Affidavit contains information necessary to support complaint of James Smith, R43014, allegation of deliberate indifference to dental care at Dixon Corr. Ctr. It is not intended to include every relevant fact or matter observed by me or known to me.

3.    The information is based on my personal knowledge, observations, and experiences.

4.    I hereby certify that the following facts and things are correct and true to the best of my knowledge.

5.    On 12 May 2022, I received from the Dixon Dental Clinic a memo indicating I would not be scheduled for a routine partial impression or any dentistry for the forseeable future. That there was no dentist services here currently.

     On 19 May 2022, I filed a Grievance, #222304, complaining that I have been promised a dental appliance every time I have had to have a tooth extracted (6 teeth). I have been complaining of this for several years and requesting to be sent out to a local dentist to have a front tooth crown replaced along with a partial bridge made.

     On 30 Jun 2022, Counselor Glenn responded "Per Nurse Spencer:"OHS and Wexford are aware of dental vacancies and are actually recruiting."

     I replied that this has been on-going for five years, there is no intent to provide me with the necessary dental appliances, and forwarded the grievance to the second level for review. I again requested to be sent to a local dental provider.

     I had initially filed this grievance as an Emergency, and it was denied by the Chief Administrative Officer, Tarry Williams, Warden.

Page 1 of 3

On 8 Dec 2022, I received the Grievance Officer's response, Ms. Angela Carlson, who denied the grievance and in part responded, "This Grievance Officer notes all treatment must be ordered by the licensed physician at the facility and not a matter of individaul in custody preference." and "Per Dental Assistant Tilton, Moss B18364 is on the Denture list. Dixon CC does not have a Dentist on site. Wexford is working diligently to hire a full time Dentist." Review Dated 12/1/2022.

On 8 Dec 2022 The CAO Tarry Williams, Warden signed the grievance to Concur with the denial of my grievance.

Also on 8 Dec 2022, I placed Grievance# 222304 into the institutional mail at Dixon CC for review by the Administrative Review Board of Illinois and the Director Rob Jeffreys.

On December 7, 2022, I had an opportunity to speak with members of the Lippert Oversight group who came to the 3rd floor. At that time I had observed several individuals speak with an African-American woman who was part of this group and I was told was from Springfield, and was part of the Office of health and Safety for the State of Illinois.

One of the individuals was James Smith who resides in cell 14. The other inidividuals I remember are Larry Bullard and Hector Hernadez, who both reside in cell 22. I know both of these individuals along with James Smith to have been trying for several years to also get dentures. I can not remember if the Warden Tarry Williams was with this group, however, I do remember seeing Assistant Warden Tack and HealthCare Administrator Monica Carpenter with them.

On at least one occasion I remember, although I can't remember the exact date, of James Smith speaking to the Warden, Tarry Williams, and asking him about when they were going to get a dentist so he could get dentures, and that he had been told he was on a list two years ago and he was now being told he was 24th on the list and it would be a year or more. The Warden was walking through the 3rd floor health cre/hospice unit where we reside.

I am submitting true copies of the Grievance I have related about here in this Affidavit.

Page 2 of 3

It is my belief that Wexford, The IDOC, and both Warden Williams & Dr. Sy, are not purposefully attempting to remedy the issue of not having a dentist at Dixon CC or are taking alternative steps like sending individuals to local dentists or IDOC facilities to correct the serious medical/dental needs of the prisoners in their care.

Pursuant to 28 USC §1746, 18 USC §1621, or 735 ILCS 5/1-109 of the Code of Civil Procedure, I certify that the foregoing is true and correct to the best of my knowledge and upon information I believe to be true.

Dated: March 23, 2023            /s/ _____

                                      Carl Moss IDOC# B18364
                                      Dixon Correctional Center
                                      2600 N. Brinton Ave.
                                      Dixon, IL 61021-9524

SMITH V. WILLIMAS, ET AL

23-CV-50074


(Exhibit D)

Affidavit of Carl Moss B18364                      3 Pages

Grievance# 222304 with Attachements      6 Pages

Housing Unit: H3     Bed #: 01

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                                                          2nd Lvl rec:

| Date: 19 May 2022 | Offender (please print): CARL MOSS | ID #: B18364 | Race (optional): caucasian |
|---|---|---|---|
| Present Facility: DIXON | | Facility where grievance issue occurred: DIXON | |

**Nature of grievance:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☒ Medical Treatment | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☒ Other (specify): WEXFORD CONTRACT VIOLATION | | |
| ☐ Disciplinary Report | | | |

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12 May 2022 Moss received a MEMORANDUM from the Dixon dental clinic tellin him that he will not be s cheduled for a routine partial impression or for any dentestry for the forseeable future. There is NO DENTIST SERVICE HERE CURRENTLY. This conflicts directly with the contract between the IDOC and WExford Health Sources. Since there are numerous dental services available in the free world community there is no reason why Moss should be forced to suffer with so many extracted teeth.

NOTE: WITH EACH EXTRACTION (SIX SO FAR) MOSS HAS BEEN ASSURED/PROMISED THAT "AS SOON AS THE SWELLING GOES DOWN HE WILL BE FITTED FOR AN APPLIANCE. THIS HAS NOT HAPPENED !!!!"  ☒ Continued on reverse

**Relief Requested:**

AN APPOINTMENT WITH A RECONSTRUCTION DENTIST TO RETURN MY STATUS QUO ANTE, A POST AND CROWN FOR THE FRONT TOOTH AND A PARTIAL BRIDGE FOR THE OTHER EXTRACTED TEETH. Damages for being forced to do without for the years and assurances of no further acts of retaliation.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Carl Moss_                B18364             19 May 2022
Offender's Signature            ID#                    Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 6/3/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Nurse Spencer "OHS a Wexford are aware of dental vacancies and are actively recruiting."

PLAINTIFF's RESPONSE

Because the above delay in treatment has been on-going for over five years it is obvious that there is no intent to provide the post and crown or the necessary appliaance. Because there are numerous providors of dental services in the local community there is no excuse for the delay.

_T. Glenn_                        _TGL_                        6-30-22
Print Counselor's Name         Sign Counselor's Name         Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance

☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_T. Williams_                                        5.24.22
Chief Administrative Officer's Signature                    Date

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #:/Reference:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                    2nd Lvl rec:

*H3.01*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 07/06/2022 | Date of Review: 12/01/2022 | Grievance # (optional): 222304 |
| Offender: Moss, Carl | | ID#: B18364 |

**Nature of Grievance:**

Medical Treatment; Wexford Contract Violation

**Facts Reviewed:**

This Grievance Officer notes the request by Moss, Carl B18364 to be seen by a reconstruction dentist, a post and crown for front teeth, a partial bridge and damages.

This Grievance Officer notes that Resident Moss submitted grievance for non-emergency review, CAO determined an emergency was not substantiated.

This Grievance Officer notes all treatment must be ordered by the licensed physician at the facility and not a matter of individual in custody preference. This Grievance Officer has no authority to evaluate clinical decisions made by licensed physicians.

This Grievance Officer notes; Per Dental Assistant Tilton, Moss B18364 is on the Denture list. Dixon CC currently does not have a Dentist on site. Wexford is working diligently to hire a full time Dentist.

Resident Moss is advised, he may submit a DOC0286, to Dental or Sick Call if he needs to be seen for emergent needs.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Resident Moss's concerns (regarding medical treatment) will continue to be addressed and he has continuous access to medical treatment.

| Angela Carlson CCI | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 12.5.22 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | |
|---|---|
| Chief Administrative Officer's Signature | 12.5.22 / Date |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Carl Moss | B18364 | 8 DEC 2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



| | | | |
|---|---|---|---|
| Inmate Id: | B18364 | Ret Form Ind: | |
| Name: | MOSS, CARL | Modify Ind: | |
| Chair Code: | JOLO | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | MEDICAL | Deferred Ind: | |
| Receive Date: | 12/16/2022 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Grievance Number: | 222304 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | DIXON CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | DIXON CC | Incident Inst: | |
| | | Date Receipted: | 12/19/2022 |

Comments:   GRV #222304 GRV DTD 5/19/22 GRVS MEMO RECV'D ON 5/12/22 INDICATING THEY
WOULD NOT BE SCHEDULED FOR A ROUTINE PARTIAL DENTAL IMPRESSION

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# MEMORANDUM
H3/1

DATE: 3·23·23

TO: Moss, Carl B18364

FROM: Dental Clinic
Health Care Unit

SUBJECT: Inmate Request

Your request/referral was received and noted by the Dental Office. The answer to your question is checked below.

_____ To answer your request/referral slip, we must remind/inform you that your

name has been placed on the _____ list. You will be

called when your name comes to the top of that list. You will **not** be forgotten.

_____ You will be scheduled for an appointment.

*Upon receipt of this notification, additional requests are NOT to be submitted. If you have immediate issues that need addressed, please sign up for sick call.

**Hygiene is scheduled according to your last biennial exam. If you refused your exam, you would have to wait until your next scheduled biennial exam to be scheduled for the hygienist. If you are eligible for hygiene you will be added to the list.

Other............

    You are on our partial list.

_____

_____

_____

**Cc: HCU Administrator    Dental File**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

SMITH v. WILLIAMS, ET AL

23-CV-50074

(Exhibit E)

Affidavit of Hector Hernandez                    3 Pages

Grievance# 221797 with Attachements         10 Pages

STATE OF ILLINOIS

COUNTY OF LEE

AFFIDAVIT OF HECTOR HERNANDEZ, K63320

1.    I AM OVER THE AGE OF 18 AND IF CALLED UPON TO DO SO COULD TESTIFY COMPETENTLY ABOUT THE FACTS SET FORTH IN THIS AFFIDAVIT.

2.    This Affidavit contains information to support the complaint of James Smith, R43014, and his allegation of deliberate indifference to dental care at Dixon Correctional Center (DCC). It is not intended to include every relevant fact or matter ovserved by me or known to me.

3.    The information is based on my personal knowledge, observations, and experiences.

4.    I hereby certify that the following facts and things are true and correct to the best of my knowledge.

5.    a)    I filed a Grievance #221797, on 4/13/2022 indicating that approximately 2 months prior all of my upper teeth had been removed. This was denied at the first level by the Counselor, Skoli, who claimed because there was no incident date the grievance could not be processed. This grievance was submitted to the second level for review.

    b)    On March 14, 2022, I received a memo from the dental clinic, no name of sender, in response to a inmate request I had submitted. The memo stated in response to my 3/13/2022 request for dentures, "The list is very long. The current wait time for dentures is 20 months. We can offer you a soft diet while you wait - just let us know." This was cc:HCU Administrator

    c)    On April 4, 2022, I again received another memo from the dental clinic, no name of sender, which stated "There are several names on the denture list, and many have to pay. we go by date -in order and we only have a dentist 1 day a week - so it will be a while[sic] before we work on dentures."

d)     On 8/17/2022, I sent Warden Williams a "kite" after I had spoken with him while he was walking through the 3rd floor healthcare unit here at DCC where I reside. I told him I had spoken with him about the need for me to get dentures and how I was told it would take 20 months. I also told him that I had filed a grievance about this issue. And I reminded him that about 6 months prior I had stopped him on the yard and talked with him. I asked the warden to have me sent out to a outside dental facility.

e)     On 11/28/2022, I received the Grievance officer's report for Grievance #221797. Ms. Carlson stated in part that I was on the list for dentures. DCC has no dentist on site at this time. And that Wexford is working diligently to hire a full time dentist. She further stated "...all treatment must be ordered by the licensed providers at this facility and not a matter of individual in custody preference." This assesment was signed "I concur" by the Chief Administrative Officer, Warden Tarry Williams.

f)     Around December 7, 2022, I saw a group of people walking around the 3rd floor healthcare unit, where I reside. My celli, Larry Bullard, A74220, stopped the group to talk with them about his need for dentures. I spoke with a African-American female who stated her mother used to be a dentist in Stateville, but she had retired. I was informed this group was part of the oversight committee reporting to the court in the Lippert action.

g)     Around March 4,2023, I received a report from the Administrative Review Board, in relation to the Grievance #221797, which I had submitted for review. The grievance was denied by Adewale Kuforji for the Board, concurred with by Rob Jeffreys, Director of the IDOC, and cc: to the Warden DCC.

h)     I remember having a conversation with James Smith who also resides here, where I live. We talked about the Warden coming through one day and how we both talked with him about them not giving either of us dentures. Smith told me he's been waiting for over 3 years.

i)  I suffer everyday from not being able to eat properly without teeth. My gums bleed, and are often swollen. My face is becoming disfigured by not having any teeth and sometimes people make fun of me. It's not my fault I don't have teeth. But the Warden and Dr. Sy should be doing something. I've told them and the warden said would look into it. But nothing has happened.

j)  When I have seen Dr. Sy at different appointments I ask him to send me out and he just nods and smiles. Or says he can't do anything about it.

k)  I feel that Dr. Sy and the Warden are letting Wexford dictate that we aren't going to get a dentist or dentures because it costs too much. Wexford has the contract to provide dental and medical here at DCC. Why isn't the Warden And the Medical Director doing something about it?

l)  I have true copies of the grievance l have talked about here and can provide them if necessary.

Pursuant to 28 U.S.C. §1746, 18 U.S.C. §1621, Or 735 ILCS 5/1-109, of the Code of Civil Procedure, I certify that the foregoing is true and correct to the best of my knowledge and upon information I believe to be true.

Dated: March 23, 2023

/s/ _Hector Hernande_

Hector Hernandez
IDOC# K63320
Dixon Correctioanl Center
2600 N. Brinton ave.
Dixon, Il 61021-9524

Housing Unit: _____ Bed #: 3/22

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 4/13/22 | Offender (Please Print) HECTOR HERNANDEZ | ID#: K63320 |
|---|---|---|
| Present Facility: Dixon C.C. | Facility where grievance issue occurred: SAME | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other _____
- [ ] Restoration of Good Time
- [x] Medical Treatment DENTAL
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Re...
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary ... administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not res... ... ... Administrative Officer.

Summary of Grievance (Provide information including a descr... ... ...pened, when and where it happened, and the name or identifying information for each person involved):

Approximated 2 months ago All my top teeth were taken out, But ①, Not long ago, 3/14/22, I got a memo from Dental saying that the denture list was long and that I'ld have to wait 20 months for my dentures. I believe + have talked to Warden Williams, explaining that if Dixon C.C. cannot do my dental work, that I need. Dixon needs to send me to an outside Dental facility to get my dentures takencare of. I don't believe that OVER

Relief Requested: I'm Requesting my dentures done H.Sidn. here in Dixon or my being sent outside for my dental wrk's. THANK YOU

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

_Hector Hernandez_                K63320            4 , 13 , 22
Offender's Signature                   ID#                  Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. |
|---|---|---|

Response: _____

_____

_____                        _____              ___/___/___
Print Counselor's Name              Counselor's Signature         Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                              ___/___/___
Chief Administrative Officer's Signature              Date

These dental workers here in Dixon Don't CARE
how much pain & suffering we have to go
thru EVERytime we want to eat Anything.
Three times a day we have to suffer,
because we can't chew our food. This
is Not Right. Why should I ~~should~~ have to
suffer for 20 months.

H3.22

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 04/25/2022     **Date of Review:** 11/04/2022     **Grievance #** (optional): 221797

**Offender:** Hernandez, Hector     **ID#:** K63320

**Nature of Grievance:**

Medical Treatment; Other-Dental

**Facts Reviewed:**

This Grievance Officer notes the request by Hernandez, Hector K63320 to receive dentures asap, or be sent to outside dental provider

This Grievance Officer notes that Hernandez is on the wait list to receive dentures. The wait list is backlogged due to Dixon CC having no on-site Dentist at this time. Wexford is working diligently to hire a full time Dentist.

Resident Hernandez is advised that he may submit a request to be seen at sick call, should he need additional medical care.

This Grievance Officer notes all treatment must be ordered by the licensed providers at this facility and not a matter of individual in custody preference.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Resident Hernandez K63320 concerns (regarding medical treatment) will continue to be addressed and he has continuous access to medical treatment.

Angela Carlson CCI
_____     _____
Print Grievance Officer's Name     Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 11.22.21     ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

_____     11.23.21
Chief Administrative Officer's Signature     Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____     K63320     11/25/22
Offender's Signature     ID#     Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Hernandez, Hector        3/3/23
                                                     Date

ID# : K63320

Facility: Dixon

This is in response to your grievance received on __12/2/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __4/13/22__     Grievance Number: __221797__     Griev Loc: __Dixon__

- ☑ Medical 3/14/22, states received memo from Dental saying the list was long and that he would have to wait 20 months for dentures
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied in accordance with DR504F, this is an administrative decision.
- ☑ Denied this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other:

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BCARD: _____     CONCURRED: _____
             Adewale Kuforiji                                       Rob Jeffreys
       Administrative Review Board                                   Director

CC: Warden, __Dixon__     Correctional Center
       Hernandez, Hector      , ID# K63320

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: HECTOR HERNANDEZ   ID # M63320   Living Unit: HCU-3/22

**Please** refer to the directory located in your orientation manual and address proper **personnel.**

To: DENTIST

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking, ☐ purchase ☒ other (specify)

for the purpose of (explain): I would APPRECIATE to BE SCHEDULED FOR uPPER DENTURES. Thank you

Offender's Signature: Hector Hernandez   Date: 3/3/22

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary):                    Remarks by supervisor (if necessary):

_____    _____
Staff Signature          Date    Supervisor Signature    Date

_____    _____
Print Staff Name                Print Supervisor Name

JB Pritzker
Governor



Rob Jeffreys
Acting Director

### The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: 3-14-22

TO: Hernandez, Hector K63320 H/u      HCU 3rd. 22

FROM:    Dental Clinic
         Health Care Unit

SUBJECT: Inmate Request

---

Your request/referral was received and noted by the Dental Office. The answer to your question is checked below.

_____X_____ To answer your **request/referral** slip, we must remind/inform you that your

name has been placed on the ___denture___ list. You will be

called when your name comes to the top of that list. You will **not** be forgotten.

_____ You will be scheduled for an appointment.

***Upon receipt of this notification, additional requests are NOT to be submitted. If you have immediate issues that need addressed, please sign up for sick call.**

****We do not have a hygienist here at Dixon CC, therefore we are unable to clean teeth. If you would like further instruction on oral hygiene, you may sign up for sick call.**

Other............

The list is very long. The current wait time for dentures is 20 months. We can offer you a soft diet while you wait - just let us know.

**Cc: HCU Administrator    Dental File**

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**