IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| James Smith,<br><br>           *Plaintiff*,<br><br>   v.<br><br>Williams,<br><br>           *Defendant*. | Case No. 3:23-cv-50074<br><br>Honorable Michael F. Iasparro |

## ORDER

  In-person hearing held 12/17/2025. The Court heard oral argument on Plaintiff's motion for reconsideration of the rule to show cause order [167]. For the reasons stated on the record, Plaintiff's motion [167] and the Wexford Defendants' motion to dismiss for failure to comply with sanctions order [168] are denied. Plaintiff's counsel is ordered to pay the Wexford Defendants $2,415 by the close of business on 12/17/2025. Attorney Redmond is cautioned that failure to comply with this order will result in the Court issuing a report and recommendation that this case be dismissed. The Wexford Defendants' oral motion for leave to depose Plaintiff James Smith is granted. An order granting leave to depose Plaintiff shall issue separately. The parties provided an update on the status of discovery and are reminded that fact discovery remains set to close on 1/30/2026. A telephonic status hearing is set for 1/29/2026 at 9:30 AM. Public access is available via the following call-in number: (855) 244-8681, with access code 2310 278 3512# #. Counsel for all parties are ordered to appear by using the call-in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions.

Entered: December 17, 2025       By: _____
                             Michael F. Iasparro
                             U.S. Magistrate Judge